UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HARVEY HILL, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:11CV530 JCH |
| ) | |
| THE SHERWIN-WILLIAMS COMPANY, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court upon its review of the record. On April 20, 2011, Defendant The Sherwin-Williams Company filed a Motion to Dismiss Plaintiff's MHRA Claims. (Doc. No. 5). To date, Plaintiff has not responded to the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Monday, May 16, 2011**, within which to respond to Defendant's Motion to Dismiss Plaintiff's MHRA Claims (Doc. No. 5). Failure to do so will result in the Court's ruling on Defendant's unopposed motion.

Dated this 9th day of May, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE